### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Zimmer Biomet Holdings, Inc., | |
| *Plaintiff,* | Case No. 1:22-cv-2575 |
| v. | Judge: [*To be assigned*] |
| Mary N. Insall, as Executrix of The Estate of John N. Insall, | |
| *Defendant.* | |

### ZIMMER BIOMET'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff Zimmer Biomet Holdings, Inc., pursuant to Local Rules 5.8 and 26.2, respectfully moves this Court for leave to file under seal portions of its Memorandum, Statement of Material Facts, filed in support of its Motion for Vacatur in this case, as well as Exhibits 2 and 3 thereto. Pursuant to Local Rule 26.2, Zimmer Biomet is (i) provisionally filing the Memorandum, Statement of Material Facts, and Exhibits 2 and 3 under seal, and (ii) providing a complete version of these documents, without any redactions, to the Court and counsel for Defendant.

Good cause exists for the order Zimmer Biomet requests. Consistent with Zimmer Biomet's prior Motion to Seal granted by the Court (ECF 7, 13), Zimmer Biomet understands the contract to which this action relates (Exhibit 2) to impart confidentiality obligations relating to Exhibits 2 and 3, as well as the corresponding portions of the Memorandum and Statement of Facts discussing those exhibits. Further, Exhibit 2 was marked and designated as CONFIDENTIAL in the underlying arbitration to which this case relates.

Zimmer Biomet respectfully requests that the Court enter the requested order, granting Zimmer Biomet leave to file under seal its Memorandum, Statement of Material Facts, filed in support of its Motion for Vacatur in this case, as well as Exhibits 2 and 3 thereto.

Dated: August 15, 2022

Respectfully submitted,

By: */s/ Shon Lo*

Shon Lo
Karon Fowler
Michael Sikora
**MORGAN, LEWIS & BOCKIUS LLP**
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606
Tel: (312) 324-1000
Fax: (312) 324-1001
shon.lo@morganlewis.com
karon.fowler@morganlewis.com
michael.sikora@morganlewis.com

Troy Brown (to be admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19104
Tel: (215) 963-5000
Fax: (215) 963-5001
troy.brown@morganlewis.com

*Attorneys for Plaintiff Zimmer Biomet Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was filed and served via the CM/ECF system on August 15, 2022, upon all counsel of record.

> */s/ Shon Lo*
> Shon Lo