UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
-----------------------------------------------------------X

ZIMMER BIOMET HOLDINGS, INC.,

                        Plaintiff,                    Case No. 1:22CV2575

     -against-

                                                      (Valderrama, F.)

MARY N. INSALL, as Executrix of the
Estate of JOHN N. INSALL,

                        Defendant.

-----------------------------------------------------------X

## MOTION BY DEFENDANT TO CONFIRM THE
## UNAMINOUS FINAL AWARD OF THE ARBITRATORS

       Defendant Mary N. Insall, as Executrix of the Estate of John N. Insall moves this Court:

       1.     Pursuant to 9 U.S.C. Section 9, to confirm in its entirety the unanimous Final Award dated March 8, 2022 of the arbitrators issued in Case No. 02-12-0001-4010 before the American Arbitration Association's Commercial Arbitration Tribunal;

       2     Pursuant to F.R.C.P. §12(b)(6) to dismiss the Complaint on the ground that the Complaint fails to state a claim upon which relief can be grounded; and

3. In the alternative, to remand for consideration by the arbitrators issues which the arbitrators found to be moot in light of their Award.

Dated: September 15, 2022

Respectfully submitted,

Litman, Asche & Gioiella, LLP

By: /s/ Richard M. Asche
    Richard M. Asche
    Russell M. Gioiella

(both attorneys admitted pro hac vice)

1185 Avenue of the Americas 30th Floor
New York, New York 10036
(917) 414-6951 (RMA)
richardasche@lagnyc.com
rmg@lagnyc.com

Attorneys for Defendant Mary N. Insall, Executrix
For the Estate of John N. Insall