UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
----------------------------------------------------------X

ZIMMER BIOMET HOLDINGS, INC.,

                     Plaintiff,                        Case No. 1:22CV2575

    -against-

                                                (Valderrama, F.)

MARY N. INSALL, as Executrix of the                **DECLARATION**
Estate of JOHN N. INSALL,

                     Defendant.

----------------------------------------------------------X

      Richard M. Asche, an attorney-at-law and a member of the firm of Litman, Asche & Gioiella, LLP, attorneys for defendant Mary N. Insall, as Executrix of the Estate of John N. Insall, declares, under penalty of perjury:

      I make this Declaration in support of Defendant's cross-motion pursuant to Section 9 of the Federal Arbitration Act to confirm the Final Award and in opposition to the motion by plaintiff Zimmer Biomet Holdings, Inc. to vacate the Final Award.

      Attached hereto as Exhibit A is a true and correct copy of the Final Award.

Dated:      New York, New York

             September 15, 2022

                                                         /s/   Richard M. Asche
                                                           RICHARD M. ASCHE

# **EXHIBIT A**

Redacted copy to be Filed Under Seal

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was filed and served via the CM/ECF system on September 15, 2022, upon all counsel of record.

Dated: September 15, 2022

/S/Richard M. Asche
Richard M. Asche