# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Zimmer Biomet Holdings, Inc.

                      Plaintiff,

v.                                              Case No.: 1:22–cv–02575
                                              Honorable Franklin U. Valderrama

Mary N. Insall

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 19, 2022:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, the Court grants Defendant's Motion to Seal [26]. Defendant has leave to file Exhibit A to the Declaration of Richard M. Asche, as well as the portions of the Memorandum filed in opposition to Plaintiff's motion to vacate, under seal. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.